U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 3, 2025

**By ECF**
The Honorable Jessica G. K. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *United States of America v. Stanley Cohen*, No. 25 Civ. 1494 (JGLC)

Dear Judge Clarke:

    This Office represents the United States in this civil action. An initial pretrial conference is currently scheduled to occur remotely on June 11, 2025. I write respectfully, on behalf of both parties, to request a three-week adjournment of the initial pretrial conference, along with a corresponding extension of the parties' pre-conference submissions. The adjournment and extension of time will permit the parties additional time to confer about the case and to prepare the joint pre-conference submission. This is the first request for an adjournment of the initial pretrial conference, and this request is made on behalf of both parties.

    I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2743
brandon.waterman@usdoj.gov

cc: Counsel of Record (ECF)

---

Application GRANTED. The conference scheduled for June 11, 2025 is ADJOURNED to **June 30, 2025** at 11:00 a.m. Pre-conference submissions due **June 23, 2025**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 885689790#. The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 4, 2025
    New York, New York