## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                   Plaintiff,          **SCHEDULING ORDER**

              -against-                                25 Civ. 1494 (JCM)

STANLEY COHEN,

                                   Defendant.
-------------------------------------------------------------X

The Honorable Laura Taylor Swain issued an Amended Standing Order, dated October 2, 2025, staying cases in which the Government is a party due to the lapse in funding to the Department of Justice. Thus, the Telephone Conference scheduled for October 8, 2025 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy is adjourned to November 19, 2025 at 10:00 a.m. Counsel shall call the following number at the time of the conference:

Toll-Free Number: 855-244-8681
Access Code: 1800490580

Dated:  October 8, 2025
        White Plains, New York

                                        **SO ORDERED:**

                                        _____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge